# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 4887 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Cherish Berg vs. Blatt, Hasenmiller, Leibsker & Moore LLC, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 5/13/2008.  Motion to strike responses to the Inovision defendants' interrogatories and compel amended responses, motion to compel complete phone logs from Blatt, Hasenmiller, Leibsker & Moore LLC, and motion for leave to file an amended complaint [33-1,2,3] denied.  So long as both sides have had a fair opportunity to complete discovery, the court will not dispose of claims presented in summary judgment proceedings merely because they were not explicitly presented in pleadings.  Defendants agree Mr. Schlee's discovery responses and testimony are binding on Defendant.  Defendants agree, further, to withdraw any argument that Defendant Inovision is not a "debt collector" for purposes of Plaintiff's claims in this case.  As Defendant declines to participate in a settlement conference, Plaintiff's oral request for such a conference is denied, but Defendant agrees to make settlement proposal within the next seven (7) days.  Dispositive motion date to stand.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | ETV |
|---|---|---|